# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

BY:

08 MAR 19 PM 2:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF
DEPUTY

RECEIVED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

February 21, 2008

USDC - Office of the Clerk
4-200 Robert T. Matsui
501 I Street
Sacramento, CA. 95814-7300

Re: Sran v. Adams, Case No. 08cv0273-LAB(LSP)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/V. Perez
, Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF  3/13/08
AND ASSIGNED CASE NUMBER  1:08cv00357-OWW-GSA (HC)

CLERK, U.S. DISTRICT COURT

By: _____, Deputy